UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LAUREL LIBBY *et al.*,<br><br>  *Plaintiffs.*<br><br>v.<br><br>WILLIAM J. SCHNEIDER *et al.*,<br>,<br><br>  *Defendants.* | Case No. 1:23-cv-00221-JDL |

### **PLAINTIFFS' NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiffs Laurel Libby, Alexander Titcomb, Paula Sutton, The Dinner Table PAC, The Fight for Freedom PAC, and Machias Christian Fellowship, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendants William J. Schneider, David R. Hastings, Sarah E. LeClaire, Dennis Marble, Stacey D. Neumann, and Aaron M. Frey without prejudice.

Plaintiffs are dismissing this action because Plaintiffs have received their requested relief. Since the Complaint's filing, the Maine legislature passed LD 726, which repealed 21-A M.R.S. § 1056-C, the statute at issue in this matter. Governor Janet Mills signed LD 726 into law on June 22, 2023.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

#16171562v1

Dated:  June 23, 2023

    Respectfully submitted,

    /s/ *Joshua Dunlap*
    Joshua D. Dunlap
    Pierce Atwood LLP
    254 Commercial Street
    Merrill's Wharf
    Portland, ME 04101
    207-791-1350
    jdunlap@pierceatwood.com
    *Counsel of Record for Plaintiffs*

    and

    Charles M. Miller (*pro hac vice*)
    Adam J. Tragone (*pro hac vice*)
    INSTITUTE FOR FREE SPEECH
    1150 Connecticut Ave., NW
    Suite 801
    Washington, DC 20036
    202-301-3300
    cmiller@ifs.org
    atragone@ifs.org

    *Counsel for Plaintiffs*